Submitted June 29, affirmed July 28, petition for review denied October 14, 2021 (368 Or 637)

In the Matter of H. R. V.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

L. D. V.,
aka L. D. G.,
*Appellant.*

Malheur County Circuit Court
20JU02464; A175199

491 P3d 109

Lung S. Hung, Judge.

Kristen G. Williams filed the briefs for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Stacy M. Chaffin, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Mother appeals a judgment terminating her parental rights to her son. On *de novo* review, having considered the parties' arguments and the record, we agree with the trial court's decision to terminate mother's parental rights.

Affirmed.